IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

SELAMAWIT TEKA,

        Plaintiff,

v.                                        Civil Action No. 3:21CV00030

JONATHAN JACK,

        Defendant.

**CERTIFICATE OF SERVICE OF DEFENDANT'S RULE 26(a) DISCLOSURE**

Defendant, Jonathan Jack ("Jack"), by counsel, certifies that on October 8, 2021, counsel for Selamawit Teka was served with Defendant's Rule 26(a) Disclosure by emailed and mailed first class mail, postage prepaid sent to the following:

        Steven S. Biss, Esquire
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        stevenbiss@earthlink.net

        Respectfully submitted,

        JONATHAN JACK

        By Counsel

/s/   Joseph W. Wright, III

Joseph W. Wright, III (VSB # 30347)
Dygert Wright, Hobbs & Hernandez, PLC
415 4th Street, NE
Charlottesville, Virginia 22902
Telephone: (434) 979-5515
Facsimile: (434) 295-7785
Email: jwright@charlottesvillelegal.com
Counsel for Jonathan Jack

1