IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| Selamawit Teka, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:21-cv-00030 |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| Jonathan Jack, | ) | By:    Joel C. Hoppe |
|     Defendant. | ) |         United States Magistrate Judge |

    Before the Court is the Motion to Withdraw as Counsel filed by the attorney for Defendant Jonathan Jack. ECF No. 13. On April 25, 2022, the Court held a hearing, at which Defendant Jonathan Jack and counsel for the parties appeared. During the hearing, Jack's counsel represented that Jack had terminated his services, which Jack confirmed, and Jack stated that he intended to represent himself in this case.

    Having considered the motion and the statements of counsel and Jack, the Court hereby GRANTS the motion to withdraw. The Clerk is directed to terminate Joseph W. Wright, III and his firm as counsel of record for the Defendant in this case.

    It is so ORDERED.

ENTER: April 25, 2022

*/s/ Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge

1